Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

---

**IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):

**Scott D Hasen**
1074 E. Chicago Rd.
Quincy, MI 49082
SSN: xxx–xx–6607

**Debtor**

**Case Number 14–02735–swd**

**Chapter 13**

**Honorable Scott W. Dales**

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following document(s) presented for filing is(are) deemed defective:

Document Number: 10–14

Description of Document: BR 2016 Disclosure, Summary of Schedules, Schedules A–J, Chapter 13 Plan, Means Test Form, Notice of Alternatives, and Verification of Matrix

Reason for Defect: Case number is missing

NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov

---



*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** May 5, 2014