UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re: Scott D. Hasen                                    Case No. 14-02735

                                                                                                 Chapter 13

                                                                                                  Hon. Scott Dales

        Debtor.

_____/

**<u>CERTIFICATE OF NO OBJECTION TO APPLICATION FOR CHAPTER 13 FEES
AND EXPENSES OF NATHANIEL HERDT AND THOMAS PALUCHNIAK, CO-
COUNSELS FOR DEBTOR</u>**

The undersigned hereby certifies that the Application For Chapter 13 Fees and Expenses of Nathaniel Herdt and Thomas Paluchniak, Co-Counsels For Debtor was filed with the Court and served upon all parties in interest on November 3, 2014 and that no Objections were filed within 21 days of the date of service.

Dated: December 16, 2014                                                         By: <u>/s/ Nathaniel H. Herdt</u>
                                                                                                            Herdt Law, PLLC
                                                                                                            310 Ferman
                                                                                                            Milan, MI 48160
                                                                                                            (888) 395-9941
                                                                                                            <u>Nathanielhherdtesq@hotmail.com</u>
                                                                                                            P68144